IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| YVONNE RAMSEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-CV-2586-KHV |
| JO ANNE B. BARNHART, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

Now, on this 11th day of October, 2005, the Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $5,486.25.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of $5,486.25.

IT IS SO ORDERED.

                                                                   s/ Kathryn H. Vratil
                                                                   KATHRYN H. VRATIL
                                                                   United States District Judge

APPROVED BY:

/s/ Sharon J. Meyers
SHARON J. MEYERS
Missouri Bar # 29593
4050 Pennsylvania Ave, Suite 210
Kansas City, MO 64111
Telephone: (816) 753-3929
E-mail: sjmeyers@sbcglobal.net

Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney


/s/ Christina L. Medeiros
CHRISTINA L. MEDEIROS
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ks. S.Ct. No. 12884
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: chris.medeiros@usdoj.gov
ELECTRONICALLY SUBMITTED

Attorney for the United States